UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JENNY BROWN, ) | |
|     PLAINTIFF, ) | CIVIL ACTION NO.: |
| ) | 4:12-cv-1906 |
| v. ) | |
| ) | |
| TORRES CREDIT SERVICES, INC, and ) | |
| UNION ELECTRIC COMPANY, ) | |
| d/b/a AMEREN MISSOURI, ) | |
|     DEFENDANTS. ) | |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Jenny Brown, and Defendants, Torres Credit Services, Inc. and Union Electric Company d/b/a Ameren Missouri, hereby stipulate to dismiss Plaintiff's individual claims as set forth in her Amended Complaint with prejudice and without costs, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(2).   Plaintiff further dismisses with prejudice the Class allegations set forth in her Amended Complaint against Defendants, Torres Credit Services, Inc. and Union Electric Company d/b/a Ameren Missouri, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

HEALEY LAW, LLC

/s/ Robert T. Healey_____
Robert T. Healey       EDMO # 34138MO
640 Cepi Drive, Suite A
Chesterfield, MO 63005
Email:        bob@healeylawllc.com
Telephone:   (636) 536-5175
Fax:         (636) 590-2882
Co-counsel for Plaintiff

### CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri this 30th day of October, 2013, with notice of case activity generated and sent electronically to all counsel of record.

/s/ Robert T. Healey_____